The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20-3(g) (4) and Rule 1:20-11, seeking **444 the immediate temporary suspension from the practice of law of Linda D. Coffee of Camden, who was admitted to the bar of this State in 1994, and good cause appearing;
It is ORDERED that Linda D. Coffee is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further
ORDERED that Linda D. Coffee be restrained and enjoined from practicing law during the period of her suspension; and it is further
ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by Linda D. Coffee pursuant to Rule 1:21-6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further
ORDERED that Linda D. Coffee comply with Rule 1:20-20 dealing with suspended attorneys; and it is further *1225 ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.